UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA SMITH,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>STOCKTON POLICE DEPARTMENT, et al.,<br><br>　　　　　Defendants. | No.  2:16-cv-0493 KJM DB PS<br><br><br>FINDINGS AND RECOMMENDATIONS |

By order signed July 22, 2016, plaintiff's second amended complaint was dismissed and plaintiff was granted leave to file a third amended complaint that cured the defects noted in that order.  (ECF No. 10.)  Plaintiff was granted thirty days from the date of service of the order to file a third amended complaint and was specifically cautioned that the failure to respond to the court's order in a timely manner would result in a recommendation that this action be dismissed.  The thirty-day period has long since expired, and plaintiff has not responded to the court's order in any manner.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice.  See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within fourteen days

1

after being served with these findings and recommendations, plaintiff may file written objections with the court.  A document containing objections should be titled "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  See <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  October 17, 2016

DEBORAH BARNES
UNITED STATES MAGISTRATE JUDGE

DLB:6
DLB1\orders.pro se\smith0493.fta.f&rs